IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| LAURA LAPRADD BREWER, | ) | |
| #172661, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 1:14cv925-MHT |
| | ) | (WO) |
| DALE COUNTY JAIL, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

**JUDGMENT**

Pursuant to 42 U.S.C. § 1983, plaintiff, an inmate, filed this lawsuit challenging the quality of the medical care she received while incarcerated at the Dale County Jail.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendant Dale County Jail be dismissed from the action.  No objections have been filed.  After an independent and de novo review of the record, the court

concludes that the magistrate judge's recommendation should be adopted.

***

Accordingly, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 6) is adopted.

(2) Plaintiff's claims against defendant Dale County Jail are dismissed with prejudice prior to service of process under 28 U.S.C. § 1915(e)(2)(B)(i).

(3) Defendant Dale County Jail is dismissed and terminated as a party to this complaint.

This case is not closed. It is referred back to the magistrate judge for further proceedings against the remaining defendants.

DONE, this the 1st day of December, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE